# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

Boston Division

Robert Killay

V.

Springfield Terminal Railway Company

-- and --

Boston & Maine Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04  12535 NMG**

TO: (Name and address of defendant)

Boston & Maine Corporation
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Gregory John Hannon | Michael J. McDevitt |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Curtis Center - Suite 450 | 88 Black Falcon Avenue |
| Independence Square West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 2 - 2004
DATE

(BY) DEPUTY CLERK