UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
Boston Division

ROBERT KILLAY,

       Plaintiff

      Vs.                                            Civil Action No 04-12535NMG

SPRINGFIELD TERMINAL
RAILWAY COMPANY and
BOSTON & MAINE CORPORATION,

       Defendants

## RULE 16(O)(3) CERTFICATION

      This is to certify that Plaintiff, Robert Killay, and his counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire have conferred to establish a budget for the full litigation of the above-captioned action as well as a budget for various alternative courses. Robert Killay and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

Respectfully Submitted,

HANNON & JOYCE                              LAWSON & WEITZEN, LLP


By:/s/Thomas J. Joyce                 By: /s/ Michael J. McDevitt
THOMAS J. JOYCE, III, ESQ.        MICHAEL J. McDEVITT, ESQ.
Attorney for Plaintiff                      88 Black Falcon Avenue, Suite 345
                                                    Boston, MA  02210
                                                    Local Counsel for Plaintiff

PLAINTIFF


/s/ Robert Killay
Robert Killay

Dated: May 5, 2005