May 5, 2005

Honorable Nathaniel M. Gorton
United States District Court
1 Courthouse Way
Boston, MA 02210

RE:  Robert Killay vs. Springfield Terminal Railway Company and
     Boston & Maine Corporation
     Civil Action No. 04-12535-NMG

Dear Judge Gorton:

 Please note our representation of the Plaintiff in the above-captioned FELA personal injury action.

 Please be advised that Michael J. McDevitt will attend the Scheduling Conference on May 5, 2005 at 3:15 P.M. I will be available by telephone to participate in the conference.

 Thank you for your time and consideration.

            Respectfully,

            /s/ Thomas J. Joyce, III

            THOMAS J. JOYCE, III

TJJ:mgm
cc:  John J. O'Brien, Jr., Esquire