UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
Boston Division

Civil Action No.: 04-12535-NMG

ROBERT KILLAY )
    Plaintiff, )
vs. )
SPRINGFIELD TERMINAL )
RAILWAY COMPANY and )
BOSTON & MAINE CORPORATION )
    Defendants. )

## STIPULATION OF DISMISSAL

All parties to the above entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice, without costs or expenses including attorney's fees and waiving all rights of appeal.

Respectfully submitted,

| The Plaintiff, | The Defendants, |
|---|---|
| By his attorney, | Springfield Terminal Railway Company and Boston & Maine Corporation, |
| | By their attorneys, |
| _____ | _____ |
| Thomas J. Joyce, III, Esq. | John J. O'Brien, Jr. |
| BBO# | BBO# 375885 |
| Hannon & Joyce | O'Brien & von Rosenvinge |
| Public Ledger Building, Suite 1000 | 27 Mica Lane, Suite 202 |
| 150 South Independence Mall West | Wellesley, MA 02481 |
| Philadelphia, Pennsylvania 19106-3413 | (781) 239-9988 |
| (215) 446-4460 | |

DATED: _____9/26/05_____